# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 20-1367V

|  |  |
|---|---|
| PAUL SHUPING *as father and natural guardian of minor child, T.S.*, <br><br>    Petitioner, <br><br> v. <br><br> SECRETARY OF HEALTH AND HUMAN SERVICES, <br><br>    Respondent. | Chief Special Master Corcoran <br><br> Filed: February 12, 2021 |

## SCHEDULING ORDER-SPECIAL PROCESSING UNIT

A telephonic status conference was held on February 12, 2021. Leah Durant appeared on behalf of Petitioner, and Meghan Murphy appeared on behalf of Respondent.

During the call, Respondent's counsel confirmed that Respondent had already completed a review of this case and intends to concede that Petitioner is entitled to compensation. Respondent's counsel agreed to file a Rule 4(c) Report within 45 days.

Petitioner's counsel thereafter agreed to file updated medical records as they become available. Petitioner's counsel noted that Petitioner will have a claim for out-of-pocket expenses. Petitioner's counsel confirmed that this case does not involve a Medicaid lien. Petitioner's counsel agreed to file a status report, as described below, within 45 days.

Accordingly, the following is ORDERED:

- **Petitioner shall file a status report, by no later than Monday, March 29, 2021, updating me on the parties' damages discussions. The status report shall indicate the date by which Petitioner provided, or intends to provide, a damages demand to Respondent.**

- **Respondent shall file, by no later than Monday, March 29, 2021, a Rule 4(c) Report.**

Any questions about this order or about this case generally may be directed to OSM staff attorney **Patrick Rodefeld at (202) 357-6370 or Patrick_Rodefeld@cfc.uscourts.gov.**

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master